USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
 United States Court of Appeals
 For the First Circuit

No. 98-1146

 UNITED STATES,

 Appellee,

 v.

 DANIELLIETO RADAMES FERNANDEZ,
 a/k/a Jose Aglaro Rosario,

 Defendant, Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MAINE

 [Hon. Gene Carter, U.S. District Judge]

 Before

 Selya, Stahl and Lynch,
 Circuit Judges.
 
 

 Henry W. Griffin on brief for appellant.
 Jay P. McCloskey, United States Attorney, George T. Dilworth,
Assistant U.S. Attorney, and F. Mark Terison, Assistant U.S.
Attorney, on brief for appellee.

SEPTEMBER 24, 1998

 
 

 Per Curiam. Upon careful review of the briefs and
 record, we perceive no clear error in the district court's
 application of an enhancement under U.S.S.G. 3C1.1. The
 enhancement was warranted because, inter alia, defendant
 provided false information about his identity to the magistrate
 judge. See 3C1.1, application note 3(f). We reject
 defendant's arguments that his identity was not "material"
 information and that he did not provide the false information
 "willfully."
 We also perceive no clear error in the district
 court's denial of a reduction under U.S.S.G. 3E1.1, given the
 district court's assessment of defendant's credibility and his
 shifting stories about his responsibility for the drugs. See 3E1.1, application note 4.
 Affirmed. See 1st Cir. Loc. R. 27.1.
 
 
 
 
 
 
 
 
 
 
 -2-